UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANNA C. PASKIEWICZ,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA LABOR COMISSIONERLILIA GARCIA BROWER; SHARONHILLIARD, DIRECTOR OFUNEMPLOYMENT DEVELOPMENT;CALIFORNIA STATE EMPLOYMENTDEVELOPMENT DEPARTMENT"EDD"; CALIFORNIA ATTORNEYGENERAL ZAVIER BECERRA,<br><br>Defendants. | No. 2:20-cv-02238-TLN-AC<br><br>**ORDER** |

Plaintiff Brianna C. Paskiewicz ("Plaintiff"), proceeding *pro se*, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On December 3, 2020, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 3.) Plaintiff has not filed objections to the findings and recommendations.

///

1

Accordingly, the Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983); *see also* 28 U.S.C. § 636(b)(1).

Having reviewed the file under the applicable legal standards, the Court finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed December 3, 2020 (ECF No. 3), are adopted in full;

2. The Complaint (ECF No. 1) is DISMISSED without leave to amend for lack of jurisdiction and failure to state a claim upon which relief can be granted; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

DATED: January 19, 2021

Troy L. Nunley
United States District Judge